AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. V-22-0063M |
| Juan Everardo ROBLEDO-Iniguez | ) | |
| *Defendant(s)* | ) | |

United States Courts Southern District of Texas
FILED
*11/19/2022*
Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 11/18/2022 in the county of Jackson in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | any alien who-- (1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter (2) enters, attempts to enter, or is at any time found in, the United States, |

This criminal complaint is based on these facts:

On November 18, 2022, Homeland Security Investigations encountered Juan Everardo ROBLEDO-Iniguez at the Jackson County jail in Edna, TX. During the interview, ROBLEDO admitted he was a citizen of Mexico and was unlawfully present in the United States. Record checks conducted by Homeland Security Investigations revealed ROBLEDO was ordered removed from the United States by a designated official on September 3, 2010. ROBLEDO was then removed from the United States to Mexico on September 3, 2010 via the Tucson, AZ Port of Entry [removal via flight]. At this time no evidence has been discovered suggesting ROBLEDO requested permission from the Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

☐ Continued on the attached sheet.

*Shea Hine*
*Complainant's signature*

Shea Hine, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found:

Date: November 19, 2022

*Judge's signature*

City and state: Corpus Christi, Texas

Mitchel Neurock, U.S. Magistrate Court Judge
*Printed name and title*